UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GLOBAL RESOURCES MANAGEMENT : 
CONSULTANCY, INC. :
 :
                               Plaintiff, : **ORDER**
 :
                                     : 17 Civ. 8325 (AKH)
          v. :
 :
VIAMETRIS SAS, et al., :
 :
                            Defendants. :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 20, 2018, I granted Defendants' motion to compel arbitration and stayed the case until the arbitration is complete. ECF No. 33.  In that order, I resolved the motion to dismiss by compelling arbitration and directed the Clerk to terminate ECF No. 18.  However, that motion is marked as open.  Accordingly, the Clerk shall terminate ECF No. 18.

        Additionally, the parties, by joint letter submitted via ECF, shall advise the Court of the status of the arbitration by June 3, 2022.

SO ORDERED.

Dated:  New York, New York
         May 26, 2022

                                                                  _____/s/_____
                                                                  ALVIN K. HELLERSTEIN
                                                                  United States District Judge