UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GLOBAL RESOURCES MANAGEMENT :
CONSULTANCY, INC. :
: **ORDER CLOSING CASE**
Plaintiff, :
: 17 Civ. 8325 (AKH)
v. :
:
VIAMETRIS SAS, et al., :
:
Defendants. :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On April 20, 2018, I granted Defendants' motion to compel arbitration and stayed the case pending completion of arbitration. ECF No. 33. On May 26, 2022 I ordered the parties to advise me of the status of the arbitration. On June 3, 2022, Defendant filed a letter indicating the parties reached a settlement. ECF No. 41.

Accordingly, this case is dismissed. The Clerk shall terminate all open motions and mark the case closed.

SO ORDERED.

Dated: New York, New York
       June 6, 2022

                                        _____/s/_____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge